## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDY MICHAEL GOYNES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5393** |
| **EDDIE OTIS GOYNES, ET AL.** | **SECTION "A"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this __7th__ day of _____October_____, 2013.

_____
UNITED STATES DISTRICT JUDGE